## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF VIRGINIA

## LYNCHBURG DIVISION

In re:   Roger C. Nuckles                                                                    Case No. 20-60010

     (Debtor)                                                                                        Chapter 7

## NOTICE

The Clerk will please note a change of address for the Debtor, as follows:

**Mailing Address**
PO Box 185
Madison Heights, VA 24572

**Physical Address**
158 Lakeview Drive
Madison Heights, VA 24572

                                                                  Roger C. Nuckles
                                                                  By Counsel
                                                                  */s/ Margaret C. Valois*
                                                                  Margaret C. Valois
                                                                 VSB #66034
                                                                  7601 Timberlake Road
                                                                  Lynchburg, VA 24502
                                                                  (434) 845-4529

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice was mailed this date to the debtor, United States Trustee, the Trustee in this case, and to any and all entities affected by the notice.

Date: February 7, 2020

                                                                  */s/ Margaret C. Valois*
                                                                 Margaret C. Valois
                                                                Counsel for Debtor